**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 04-7534**

───────────────

KEVIN T. JOHNSON,

Plaintiff - Appellant,

versus

R. WHITE, Senior Counselor; SERGEANT SKINNER;
OFFICER TAYLOR; EDDIE L. PEARSON, Warden of
Sussex II State Prison; GENE JOHNSON, Director
of Department of Corrections,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, District
Judge.  (CA-03-919-3)

───────────────

Submitted:  January 27, 2005        Decided:  February 4, 2005

───────────────

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Kevin T. Johnson, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin T. Johnson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Johnson v. White</u>, No. CA-03-919-3 (E.D. Va. Aug. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>